**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: CONDEMNATION BY THE | : | No. 98 WAL 2017 |
| MERCER AREA SCHOOL DISTRICT OF | : | |
| MERCER  COUNTY FOR ACQUISITION | : | |
| OF LAND FOR  SCHOOL PURPOSES IN | : | Petition for Allowance of Appeal from |
| THE BOROUGH OF  MERCER, BEING | : | the Order of the Commonwealth Court |
| THE LANDS OF KEVIN AND DOREEN | : | |
| WRIGHT AND GLENN AND EDITH | : | |
| KROFCHECK | : | |
| | : | |
| | : | |
| PETITION OF: MERCER AREA SCHOOL | : | |
| DISTRICT | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 30th day of August, 2017, the Petition for Allowance of Appeal is

**DENIED**.